**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CDX LIQUIDATING TRUST<br>BY THE CDX LIQUIDATING TRUSTEE,**<br><br>          **Plaintiff,**<br>**v.**<br><br>**VENROCK ASSOCIATES, et al.**<br>          **Defendants.** | )<br>)<br>)<br>)<br>) Case No.: 04 C 7236<br>)<br>) Honorable Charles R. Norgle<br>) |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ANY EVIDENCE, TESTIMONY OR OPINIONS FROM PLAINTIFF'S PURPORTED LEGAL EXPERT M. TODD HENDERSON**

For the reasons set forth in DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE, TESTIMONY OR OPINIONS FROM PLAINTIFF'S PURPORTED LEGAL EXPERT M. TODD HENDERSON, filed electronically on March 3, 2009, at Doc. No. 124, Defendants' bring this *Motion in Limine* requesting an order excluding any evidence, testimony or opinions from M. Todd Henderson at trial.

Dated: March 4, 2009                                   Respectfully submitted,

/s/ Thomas O. Kuhns
Thomas O. Kuhns (Bar No. 6180234)
Thomas A. Tozer (Bar No. 6207885)
Matthew T. Regan (Bar No. 6230106)
Gabor Balassa (Bar No. 6242469)
Melissa K. Grouzard (Bar No. 6286288)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

*Counsel for Defendants Eric Copeland, C.H. Randolph Lyon, Stephan Oppenheimer, and Charles Walker*

/s/ Dawn M. Beery (with permission)
David A. Rammelt
Dawn M. Beery
James M. Reiland
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Telephone:  (312) 857-7070
Facsimile:   (312) 857-7095

*Counsel for Venrock Associates, Venrock Associates II, L.P., Venrock Entrepreneurs Fund, L.P., Hambrecht & Quist California, H&Q Employee Venture Fund 2000, L.P., Access Technology Partners, L.P., Access Technology Partners Brokers Fund, L.P., H&Q Cadant Investors, L.P., Chase Equity Associates, L.L.C., and J.P. Morgan Partners (BHCA), L.P.*

## CERTIFICATE OF SERVICE

This is to certify that on March 4, 2009 the undersigned attorney caused the foregoing **DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ANY EVIDENCE, TESTIMONY OR OPINIONS FROM PLAINTIFF'S PURPORTED LEGAL EXPERT M. TODD HENDERSON** to be filed electronically and a true and correct copy served via facsimile upon the following counsel of record:

| | |
|---|---|
| James A. McGurk<br>Law Offices of James A. McGurk, P.C.<br>140 South Dearborn Street, Suite 404<br>Chicago, IL 60603<br>(312) 236-8900 (telephone)<br>(312) 277-3497 (facsimile)<br><br>*Counsel for the Plaintiff* | Richard C. Leng<br>Law Offices of Richard C. Leng<br>330 West Main Street<br>Barrington, IL 60010<br>(847) 381-6041(telephone)<br>(312) 641-6174 (facsimile)<br><br>*Additional Counsel for the Plaintiff* |
| Hugh G. McBreen<br>Brian Hogan<br>McBreen & Kopko<br>20 North Wacker Drive, Suite 2520<br>Chicago, IL 60606<br>(312) 332-6405 (telephone)<br>(312)332-2657 (facsimile)<br><br>*Additional Counsel for the Plaintiff* | |

/s/ Thomas O. Kuhns____
Thomas O. Kuhns